PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $141,513.00 IN U.S. CURRENCY,<br><br>Defendant. | CASE NO.<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

The United States of America and potential claimant Sergiy Krystafovych ("potential claimant"), by and through their counsel, do agree and STIPULATE as follows:

1. On or about May 5, 2021, potential claimant filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the above-captioned currency (hereafter "defendant currency"), which was seized on August 25, 2020.

2. The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the potential claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is August 2, 2021.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to October 31, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture shall be extended to October 31, 2021.

Dated: July 30, 2021                       PHILLIP A. TALBERT
                                           Acting United States Attorney

                                     By:   /s/ Alyson A. Berg
                                           ALYSON A. BERG
                                           Assistant United States Attorney


Dated: July 30, 2021                 By:   /s/ Jakrun Sodhi
                                           JAKRUN SODHI
                                           Attorney for Sergiy Krystafovych

                                           (Signature authorized by email)


IT IS SO ORDERED.


Dated: _____              _____
                                     UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR
FILING A COMPLAINT AND/OR TO OBTAIN AN                   2
INDICTMENT ALLEGING FORFEITURE