PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-MC-00069-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FURTHER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $141,513.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States of America and potential claimant Sergiy Krystafovych ("potential claimant"), by and through their counsel, do agree and STIPULATE as follows:

1. On or about May 5, 2021, potential claimant filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the above-captioned currency (hereafter "defendant currency"), which was seized on August 25, 2020.

2. The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the potential claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

1  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of
2  the parties. That deadline was August 2, 2021.

3      4.  By Stipulation and Order filed August 2, 2021, the parties stipulated to extend to October
4  31, 2021, the time in which the United States is required to file a civil complaint for forfeiture against
5  the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
6  forfeiture.

7      5.  By Stipulation and Order filed October 25, 2021, the parties stipulated to extend to
8  December 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture
9  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
10 subject to forfeiture.

11     6.  By Stipulation and Order filed December 27, 2021, the parties stipulated to extend to
12 February 13, 2022, the time in which the United States is required to file a civil complaint for forfeiture
13 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
14 subject to forfeiture.

15     7.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
16 to March 15, 2022, the time in which the United States is required to file a civil complaint forfeiture
17 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
18 subject to forfeiture.

19     8.  Accordingly, the parties agree that the deadline by which the United States shall be
20 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
21 alleging that the defendant currency is subject to forfeiture shall be extended to March 15, 2022.

22  Dated: February 10, 2022                    PHILLIP A. TALBERT
                                                United States Attorney

24                                         By:  /s/ Alyson A. Berg
                                                ALYSON A. BERG
25                                              Assistant United States Attorney

Dated: February 10, 2022            By:   /s/ Jakrun Sodhi
                                          JAKRUN SODHI
                                          Attorney for Sergiy Krystafovych
                                          (As approved by email on 2/10/22)

IT IS SO ORDERED.

Dated:   February 11, 2022          _____
                                    SENIOR  DISTRICT  JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

3